IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Linda Fairbanks, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv1084 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Aetna Life Insurance Co, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 12, 2017 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 26, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, the joint motion of the parties (Doc. 9) is GRANTED and all claims against Defendant Cincinnati Hamilton County Community Action Agency Long-Term Disability Plan (the "Plan") are DISMISSED without prejudice at this time. Plaintiff's claims against Aetna Life Insurance Company will continue to proceed.

IT IS SO ORDERED.

       s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court